IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRYAN BECKERT,

    Petitioner,

v.

WARDEN, NOBLE CORRECTIONAL
    INSTITUTION,

    Respondent.

CASE NO. 2:07-cv-386
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On March 21, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. Petitioner's notification of the Magistrate Judge's *Report and Recommendation* was returned as undeliverable, as petitioner apparently is no longer incarcerated at the Noble Correctional Institution. *See* Doc. No. 13. However, petitioner has a duty to keep the Court advised of his current address.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

IT IS SO ORDERED.

4-8-2008

EDMUND A. SARGUS, JR.
United States District Judge