AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRYAN BECKERT,**
    **Petitioner,**

**v.**

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**
    **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-07-386**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed April 8, 2008, JUDGMENT is hereby entered DISMISSING this action.**

Date: April 8, 2008

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
 (By) Andy F. Quisumbing
 Courtroom Deputy Clerk